UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA, *ex rel.*
TRAKHTER,

    Plaintiff,

v.

PROVIDER SERVICES, INC., et al.,

    Defendants.

Case No. 1:11-cv-217

JUDGE BLACK

**FILED UNDER SEAL**

### ORDER

The Court has been advised that this case has been resolved. Having reviewed the United States' Notice of Election to Intervene pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4),

IT IS HEREBY ORDERED that the seal is lifted as to the following pleadings and Orders, which shall be made available on the Court's CM/ECF system:

1. The complaint filed by Valdimir Trahkter ("Relator");
2. The Notice of Election to Intervene filed by the United States on July 5, 2017; and
5. This Order regarding the Notice of Election to Intervene.

IT IS FURTHER ORDERED that the seal shall not apply to all Orders and pleadings entered or filed after the July 5, 2017 filing of the United States' Notice of Election to Intervene.

*[Signature: Timothy S. Black]*
UNITED STATES DISTRICT JUDGE

Dated: July 14, 2017