# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>ex rel. TRAKHTER, | Case No. 1:11-cv-217 |
| Plaintiff-Relator, | Judge Timothy S. Black |
| v. | |
| PROVIDER SERVICES, INC., <br>et al., | |
| Defendants. | |

### ORDER GRANTING MOTION FOR
### ADMISSION *PRO HAC VICE* (Doc. 39)

Before the Court is the Motion for Admission *Pro Hac Vice* from John W. Hoffman. (Doc. 39).

Mr. Hoffman is an attorney in good standing and consents to the jurisdiction and rules of this district governing professional conduct. Having satisfied the requirements of S.D. Ohio Civ. R. 83.3 for admission, his Motion for Admission to represent Plaintiff-Relator Vladimir Trakhter in this matter is **GRANTED**, and he is hereby admitted to practice as **co-counsel** on behalf of Plaintiff-Relator Vladimir Trakhter.

**IT IS SO ORDERED.**

DATE: 8/17/17

Timothy S. Black
United States District Judge