IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,
ex rel. Trakhter,

        Plaintiff,

vs.

Provider Services, Inc.,

        Defendant.

Case Number: 1:11-CV-00217-TSB

Judge Black

Motion for Relator fees, cost and expenses pursuant to 31 U.S.C. §3730(d)

Motion for Relator fees, cost and expenses pursuant to 31 U.S.C. § 3730(d)

Plaintif, Vladimir Trakhter("Trakhter" or "Relator"), moves for an award of his reasonable fees, cost ans expences following the succesful resolution of these False Claims Act claims, 31U.S.C. § 3729, et seq.

1. In July 2017, a $19.5 million global settlement was reached between the United States, Relator and Defendants to resolve all pending Falce Claim Act claims brought by Relator Trakhter ( and relators in Case No. 1:12-CV-00935).

2. Relator Trakhter is therefore a prevaling party against Foundations Health Solutions, Inc. f/k/a Provider Services, Inc and BCFL, Holdings, Inc., Olympia Therapy, Inc. (collectively "Defendants").

3. The Falce Claim Act provides that a relator may receive a percentage of the proceeds recovered by the Government, and that "[a]ny such person shall also receive an amount for reasonable expenses...necessarily incured...". All such expenses, fees and costs shall be awarded against the defendant." 31U.S.C. § 3730(d)(1).

4. Relator Trakhter seeks recovery of his reasonable fees, costs and expenses under the Act. Relator had been working with his Legal Councels, on a matter of profecional reasearch and education and also with his Legal Councels and Government on their assignments.

5. Relator Trakhter incured fees of $7,468.00 for 194.50 hours expended in this matter through June 26, 2017, plus nesessarily costs and expenses of $546.92.

6. Relator also seeks fees necessarily incurred inthe preparation and litigation of this motion.

7. This motion is brought within 28 days of filing the stipulation for dismissal to the extent Fed.R.Civ.P.54(d)(2)(B) applies.

8. Relator will file suggestions in suport of this motion within the 45-day period specified in Local Civil Rule 54.2.

WHEREFORE, Relator prays for entry of an order awarding at least $7,468.00 in fees and $546.92 in cost and expences incured by Relator in addition to the amount of money submited in Aug, 08 2017 motion for attorneys' fees, cost and expenses, against Defendants, together with all such further relief as the Court deems just and proper. Relator's fees, cost and expenses and Relator's Councel expences will be reimburced to Relator Trakhter.

Respectfully Submited,

*Vladimir Trakhter*
/s/ Vladimir Trakhter
Relator
5317 Salem Bend Dr., Apt B
Dayton, OH 45426
Phone: 937-845-2341
xvova30@hotmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I mailed/presented a copy of this document to the Clerk of Courts for filing. Upon the Clerk's Office docketing of this pleading, notice of this filing will be sent through the Court's electronic filing system to all parties represented by attorneys who are registered as users of the Court's ECF system. A copy of this pleading will be sent by ordinary mail _or e-mail_ to the following unrepresented party/parties this __22__ day of __Aug__ 20____.

_Vladimir Trakhter_
Signature

Vladimir Trakhter
5317 Salem Bend Dr., Apt. B
Dayton, OH 45426

Ph. 937.854.2341