UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. TRAKHTER, <br><br> Plaintiff-Relator, <br><br> vs. <br><br> PROVIDER SERVICES, INC., et al., <br><br> Defendants. | ) ) ) ) ) ) No. 1:11-CV-00217-TSB ) ) JUDGE BLACK ) ) ) ) |

### DECLARATION OF VLADIMIR TRAKHTER

State of Ohio        )
                     )
County of Montgomery )

Declarant Vladimir Trakhter, being of legal age and under no disability, declares and states as follows:

1. I am over eighteen (18) years of age, and I am the Plaintiff-Relator in the above-captioned matter. On April 13, 2011, I filed a *qui tam* complaint on behalf of the United States under the False Claims Act ("FCA"), 31 U.S.C. § 3729 and § 3730, *et seq.*

2. In July 2017, a $19.5 million global settlement was reached between the United States and Defendants to resolve FCA claims brought by me (and relators in Case No. 1:12-CV-00935). Of that amount, $15,527,844 is attributable to my therapy claims. I am therefore a prevailing party against Defendants PSI, BCFL, Foundations and Olympia and entitled to fees and expenses under 31 U.S.C. § 3730(d).

3. I incurred labor fees of $ 7,468.00 for 194.50 hours expended in this matter, plus costs and expenses of $ 546.92, for which I seek reimbursement. See attachments.

1

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed September 08, 2017.

*Vladimir Trakhter*

Vladimir Trakhter

# Fees, cost and expences

*Assignments, Reasearch, and Meetings log - 194.50 hrs*

Rate $38.40/hr

Total: $7468.00

*Cost and Expences*

| | |
|---|---|
| Vehicle expence | $202.40 |
| Papers | $16.05 = 3 x $5 + $1.05 tax |
| Copies | $95.40 = 954 pgs x $0.10 |
| Flash Drive | $74.74 = $69.85 + $4.89 tax |
| 4 in one Printer | $106.99 = $99.99 + $7.00 tax |
| Printer cartriges | $47.89 = $47.89 + $3.36 tax |
| Total: | $546.92 |

Totals: $8014.92

## *Assignments, Research, and Meetings log*

Assignments and Research:

1. Preparation for Cancelor's introduction to SNF therapy billing, MDS 2.0, RUG 3.0 concept, loopholes - (gathering the materials, copying the documents) 954 pgs - July 02 - 06, 2010 for 36.0 hrs

2. Compose the detailed list of mistreated patients - July 07-08, 2010 for 8.0 hrs

3. Compose the list of rehab department clinicians - July 08, 2010 for 3.0 hrs

4. Review Memorandum - Aug 08, 2010 for 4.0 hrs

5. Review Complaint - March 03, 2011 for 2.0 hrs

6. Review Disclosure - March 05, 2011 for 2.0 hrs

7. Analizing, comparing, scanning employee handbooks - Apr 09, 2011 for 2.0 hrs

8. Review, writing comments on presentation documents for interview, 457 pgs - May 28 - 30, 2011 for 6.0 hrs

9. Sorting, grouping, scaning resources - June 03, 2011 for 4.0 hrs

10. Compose the list of nursing homes ( from NPI webs of 996 Ohio homes, htttps://nppes.cms.hhs.gov/#/, http://www.hipaaspace.com/Medical_Billing/Coding/National_Provider_Identifier/NPI_Number_Lookup.aspx ) - July 09 - 23, 2011 for 38.0 hrs

11. Compose the list of trusted clinitians - Oct 04 - 05, 2011 for 6.0 hrs

12. Research the publications for case supporting documents (https://www.archives.gov/oig/reports, www.cms.gov, www.whistleblowersblog.com/tag/department-of-justice/, http://www.leadingage.org/, https://oig.hhs.gov/reports-and-publications/, https://www.medicare.gov, https://www.ahcancal.org/News/LTCLeaderBlog/default.aspx, www.ahcancal.org, http://beverlytran.blogspot.com, www.ncoa.org/, www.advanceweb.com/, https://rhislop3.com). Found the report which became significant reference source of the case: " Questionable Billing by Skilled Nursing Facilities" by Daniel R. Levinson, IG, December 2010 and the billing schedule fee for RUG III and IV - July 09, 2010 - June 01, 2011 for 48.0 hrs

Meetings with Counselors at HochmanPlunkett office:

1. May 12, 2010 @ 10:30am for 2.0 hrs
2. June 07, 2010 @ 10:00am for 2.0 hrs
3. July 01, 2010 @ 3:00pm for 2.0 hrs
4. July 09, 2010 @ 8:30am for 7.75 hrs
5. July 16, 2010 @ 10:00am for 2.0 hrs
6. Aug 06, 2010 @ 9:30am for 2.0 hrs
7. Sep 28, 2010 @ 2:00pm for 2.0 hrs
8. Oct 04, 2010 @ 1:30 pm for 2.0 hrs
9. Oct 06, 2010 @ 10:00am for 2.0 hrs
10. Oct 07, 2010 @ 9:30am for 3.0 hrs
11. Feb 15, 2011 @ 1:00pm for 1.25 hrs
12. May 31, 2011 @ 9:30am for 2.5 hrs
13. June 02, 2011 @ 8:00am for 5.0 hrs with trip to US Attorney office, Columbus, OH

Totals:                           194.5 hrs

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on the 8th day of September, 2017 by using the CM/ECF system, which will send notification to the following counsel:

Andrew M. Malek
Assistant United States Attorney
Southern District of Ohio
303 Marconi Blvd., Suite 200
Columbus, OH 43215
Telephone: 614-469-5715

*Attorney for the United States*

I hereby certify that a copy of the foregoing was served on the 8th day of September, 2017 via U.S. Postal Service, postage prepaid, on the following counsel:

Richard H. Blake
McDonald Hopkins, LLC
250 West Street, Suite 550
Columbus, OH 43215
Telephone: 614-458-0025

Aric D. Martin
Rolf Goffman Martin Lang LLP
30100 Chagrin Blvd., Suite 350
Cleveland, OH 44124
Telephone: 216-514-1100

*Counsel for Foundations Health Solutions, Inc. and Olympia Therapy, Inc.*

/s/ Vladimir Trakhter