AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | |
|---|---|
| UNITED STATES OF AMERICA,ex. rel. TRAKHTER | ) |
| *Plaintiff* | ) |
| v. | )   Civil Action No.   1:11-cv-217 |
| PROVIDER SERVICES, INC., et al. | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❑ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❑ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑ other:  Defendants shall pay HP a total of $440,550.75 in attorneys' fees and $4,488.90 in costs/expenses; and KT
a total of $790,740.70 in attorneys' fees and $35,891.60 in costs/expenses.  Defendants shall be jointly and
severally liable for this award.  Post-judgment interest shall accrue on this award from January 18, 2018   .

This action was *(check one)*:

❑ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❑ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge     Timothy S. Black, United States District Judge _____     on a motion for

Attorneys' fees, costs, and expenses under 31 U.S.C. § 3730(D) (Doc. 44)     .

Date:   6/10/19 _____              *CLERK OF COURT*


                                             _____
                                             *Signature of Clerk or Deputy Clerk*